1010

[Nos. 49570-4-I; 49575-5-I;    Division One.    August 18, 2003.]
49580-1-I; 49585-2-I;
49590-9-I; 49594-1-I.

*In the Matter of the Personal Restraint of* LARONE CHARLES, *Petitioner.*

*In the Matter of the Personal Restraint of* JOHN A. JAMES, *Petitioner.*

*In the Matter of the Personal Restraint of* KIRK BERNARD BEAMON, *Petitioner.*

*In the Matter of the Personal Restraint of* KEITH LEE WHITLING, *Petitioner.*

*In the Matter of the Personal Restraint of* QUENTIN ERVIN, *Petitioner.*

*In the Matter of the Personal Restraint of* REUBEN KENDELL HINTON, *Petitioner.*

Petitions for relief from personal restraint. Five petitions *dismissed* and one petition *denied* by unpublished opinion per Appelwick, J., concurred in by Baker and Agid, JJ.

[No. 50373-1-I.    Division One.    August 18, 2003.]

JEREMY SEAGER, ET AL., *Appellants*, v. PAMELA D. MIZZI, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 00-2-29266-0, John P. Erlick, J., entered April 2, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50414-2-I.    Division One.    August 18, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID JOSEPH MILLER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 01-1-08530-8, Jay V. White, J., entered May 3, 2002. *Affirmed* by unpublished per curiam opinion.